FILED

09/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0268

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 23-0268

MONTANA TROUT UNLIMITED, TROUT UNLIMITED, MONTANA ENVIRONMENTAL INFORMATION CENTER, EARTHWORKS, and AMERICAN RIVERS

Petitioners and Appellants,

v.

MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION and TINTINA MONTANA, INC.

Respondents and Appellees.

**ORDER GRANTING APPELLEE TINTINA MONTANA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF**

On Appeal from the Montana Fourteenth Judicial District Court
Meagher County, Hon. Michael Hayworth
Cause No. DV-2022-09

Upon consideration of Appellee Tintina Montana, Inc.'s motion for an extension of time, made pursuant to M.R.App.P., Rule 26, and good cause appearing,

IT IS HEREBY ORDERED that Appellee is granted an extension from the current deadline of September 21, 2023, within which to file its answer brief in the above-captioned matter. Appellee's brief is now due on or before October 23, 2023.

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 7 2023